# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:                                              Case No. 22-31144-jpg

Trusential, LLC                            Chapter 11

NATURE OF PROCEEDING:

Doc. #15 Preliminary Hearing on Motion to Use Cash Collateral

APPEARANCES:

- [ ] Debtor(s)
- [x] Atty for Debtor(s): Patricia A Kovacs (ph)
- [x] Atty for Plex Capital LLC: Phyllis Ulrich (ph)
- [x] Trustee: Patricia B. Fugee (ph)
- [x] Atty for US Trustee: Scott R. Belhorn (ph)
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [x] HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] DISMISSED
- [ ] HEARING NOT HELD
- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C _____ DAYS
- [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE _____ DAYS
- [ ] STATUS REPORT ON OR BEFORE _____ DAYS
- [ ] DISCOVERY CUT-OFF
- [ ] MOTION TO BE WITHDRAWN _____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN _____ DAYS
- [ ] FINAL PRE-TRIAL

- [ ] GRANTED
- [ ] APPROVED
- [ ] DISAPPROVED
- [ ] TRIAL

- [ ] DENIED
- [ ] WITH PREJUDICE
- [ ] WITHOUT PREJUDICE
- [ ] SUSTAINED
- [ ] ADJOURNED TO _____

COMMENTS OF COURT:

Preliminary Hearing held. The documents required to be filed under 11 U.S.C. Section 1116(1)(A) are to be filed by Friday, August 19, 2022. The Hearing on Debtor-In-Possession's Motion to Use Cash Collateral and Plex's Notice of Non-Consent is scheduled for September 6, 2022 at 1:30 p.m.

HEARING DATE: Thurs., 8/18/2022

FOR COURT USE ONLY
- [ ] Order Uploaded
- [x] Need Order
- [ ] Return for Action